**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RULON
HUNTSMAN, BAR NO. 968.

No. 68110



FILED

SEP 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### *ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Rulon Huntsman. Under the agreement, Huntsman admitted to violations of RPC 1.4 (communication), RPC 1.5 (fees), and RPC 5.3 (responsibilities regarding non-lawyer assistants).

The agreement provides for a 1-year stayed suspension with a 60-day actual suspension and that if Huntsman fails to comply with the conditions of probation and ultimately serves a suspension of more than 6 months, he will be required to petition for reinstatement pursuant to SCR 116. Additionally, the following conditions are imposed: (1) Huntsman shall be on probation for two years, during which he shall stay out of trouble and not receive any grievances that result in actual professional discipline, which would be considered a violation of probation and (2) Huntsman shall pay the costs of the disciplinary proceeding, excluding bar counsel and staff salaries, within 30 days of receipt of the State Bar's bill of costs.

Based on our review of the record, we conclude that the guilty plea agreement should be approved. *See* SCR 113(1). We hereby impose a

15-28346

1-year stayed suspension with an actual suspension of 60 days. Additionally, Huntsman must comply with all of the conditions in the plea agreement, as outlined above. The parties shall comply with the applicable provisions of SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.       _____, J.
Parraguirre              Douglas

_____, J.       _____, J.
Cherry                  Saitta

_____, J.       _____, J.
Gibbons                Pickering

cc:   Chair, Southern Nevada Disciplinary Board
      Theodore P. Williams
      Bar counsel, State Bar of Nevada
      Kimberly Farmer, Executive Director, State Bar of Nevada
      Perry Thompson, Admissions Office, United States Supreme Court